IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TOMMY EARL AVANCE
#202401955                                                                                              PLAINTIFF

v.                                      3:25-cv-00045-KGB-JJV

DOES, *et al.*                                                                                         DEFENDANTS

**RECOMMENDED DISPOSITION**

The following Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Kristine G. Baker. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.   DISCUSSION**

Tommy Earl Avance ("Plaintiff") has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 2.) On March 21, 2025, I denied Plaintiff's Application to Proceed *In Forma Pauperis* as incomplete, gave him instructions on how to file a proper Application, provided him with the necessary forms to do so, and cautioned him that I would recommend this case be dismissed without prejudice if he did not file a proper Application or pay the filing fee in full within thirty days. (Doc. 3.) Plaintiff has not complied with my Order, and the time to do so has expired. Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

1

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 29th day of April 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE