IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TOMMY EARL AVANCE**                                                                      **PLAINTIFF**

v.                                    **Case No. 3:25-cv-00045-KGB**

**DOES**, *et al.*                                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Tommy Earl Avance's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 15th day of May, 2025.

                                                                                      _____
                                                                                      Kristine G. Baker
                                                                                      Chief United States District Judge